# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2957
_____

STEPHANIE PERDUE, Former
Wife,

    Appellant,

    v.

SEAN PERDUE, Former Husband,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.

February 4, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellant.

Sean Perdue, pro se, Appellee.